UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| AZHYBEK ASANKADYROV,<br><br>Petitioner,<br><br>v.<br><br>SAMUEL OLSON FIELD OFFICE DIRECTOR, CHICAGO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Respondents. | ) | No. 2:26-cv-00570-JRS-MKK |

**ORDER**

The Court **accepts** Petitioner's notice of voluntary dismissal, dkt. [13]. This case is **dismissed without prejudice** pursuant to Petitioner's notice and Fed. R. Civ. P. 41(a)(2). The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Date: 9/17/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com

Harun Taskin
Kent Law Partners LLC
htaskin@kentlawpartners.com

Paul Umbaugh, IV
DOJ-USAO
paul.umbaugh@usdoj.gov